WALTON R. MIZE, *Appellant*, v. LULA MIZE, *Appellee*.

Opinion Filed February 24, 1923.

An Appeal from the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*Macfarlane & Macfarlane*, for Appellant;

*J. A. Rowe* and *C. E. Lemire*, for Appellee.

PER CURIAM.—A bill and supplemental bill of complaint brought by the husband to obtain a divorce and to be awarded the custody of an adopted minor child, was dismissed on final hearing, and the complainant appealed.

As the testimony taken before a special master is clearly ample to sustain a decree of divorce upon a statutory ground sufficiently alleged, the decree is reversed and the cause will be remanded for the entry of a decree of divorce as prayed.

Reversed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND WEST, J. J., concur.